**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DOREEN J. ZOOK, | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:15-01078** |
| **v.** | : | **(JUDGE MANNION)** |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## MEMORANDUM

Pending before the court is the report of Magistrate Judge Joseph F. Saporito, which recommends that the decision of the Commissioner of Social Security denying the plaintiff's application for benefits under the Act be affirmed. (Doc. 14). As of this date, no objections to the report have been filed.

Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.,* 702 F.Supp.2d 465, 469 (2010) (citing *Henderson v. Carlson,* 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give some review to every Report and Recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. §636(b)(1); Local Rule 72.31.

The court has reviewed the reasons presented by Judge Saporito for recommending that the Commissioner's decision be affirmed. Because the court agrees with the sound reasoning that led Judge Saporito to the conclusions in his report and finds no clear error on the face of the record, the court will adopt the report in its entirety. An appropriate order shall issue.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date:  November 23, 2016

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1078-01.wpd