# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DOREEN J. ZOOK,**                               :

    **Plaintiff**                                  :   **CIVIL ACTION NO. 3:15-1078**

**v.**                                            :   **(JUDGE MANNION)**

**CAROLYN W. COLVIN,**                            :
**Commissioner of Social Security,**

    **Defendant**                                 :

                                                  :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Saporito, **(Doc. 14)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner of Social Security denying the plaintiff's application for benefits under the Act is **AFFIRMED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  November 23, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1078-01-ORDER.wpd